## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

TAVARUS MONTGOMERY                                                                        PLAINTIFF
ADC #134297

V.                                          NO: 4:09CV00666 JMM

JERRY G. JONES *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 8th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE